**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

JESUS MORENO,                                §
                                            §
      Plaintiff                       §
                                            §
v.                                          §          Case No. 5:20-cv-00068
                                            §
FEDERAL BUREAU OF PRISONS,                  §
ET AL.                                      §
                                            §
      Defendants                      §

## ORDER

    Plaintiff Jesus Moreno, proceeding *pro se*, filed this lawsuit under 42 U.S.C. §1983.  This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C.  § 636(b)(1) and (3).

    On February 22, 2021, the Magistrate Judge issued a Report recommending dismissal of the lawsuit for failure to prosecute or obey an order of the Court.  Docket No. 4.   Plaintiff received a copy of the Report on February 27, 2021 (Docket No. 5), but no objections have been received.  Consequently, the Plaintiff is barred from *de novo* review by the Court of those findings, conclusions and recommendations. Plaintiff is also barred from appellate review—except upon grounds of plain error—of the unobjected-to factual findings and legal conclusions accepted and adopted by the Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017).  It is therefore

    **ORDERED** that the Report of the Magistrate Judge (Docket No. 4) is **ADOPTED** as the opinion of the Court.  It is further

    **ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court.  It is further

    **ORDERED** that any and all motions which may be pending in this civil action are hereby

**DENIED.**

   **So ORDERED and SIGNED this 3rd day of December, 2021.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE